**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

HOUPENG MAO,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

Respondents.

Case No. 5:26-cv-3532-FWS-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case. No timely objections have been filed to the Report and Recommendation. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Petition for Writ of Habeas Corpus is **GRANTED**, and:

(A) within **seven (7) days** of the date of this Order, Respondents must provide Petitioner **HOUPENG MAO (A-216-925-237)** an individualized bond hearing, pursuant to 8 U.S.C. § 1226(a) before an Immigration Judge;

(B) Respondents shall release Petitioner from custody if Petitioner is not timely provided with the aforementioned hearing; and

/ / /

(C) the parties shall file a Joint Status Report within **seven (7) days** of the date of this Order detailing if and when the hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial.

DATED: November 24, 2026

______________________________________

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE